IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| EDWARD J. GORI, et al., | * | Case No.: 93-3030 (MD) |
| | * | Case No.: MDL-875 (PA) |
| Plaintiffs | * | |
| | * | |
| v. | * | |
| | * | |
| ACandS, Inc., et al., | * | |
| | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \*

## O R D E R

1.   On Motion of Mildred L. Gori for substitution in place of Edward J. Gori, deceased, it appearing to the Court that the said Edward J. Gori died intestate on March 7, 1997; that the claim asserted by him in this action was not thereby extinguished; and that Mildred L. Gori has been duly appointed Personal Representative of the Estate of Edward J. Gori, and is qualified and is acting as such.

2.   On Motion of Mildred L. Gori, plaintiff and surviving spouse of Edward J. Gori, deceased, for the addition of her loss of consortium claim, it appearing to the Court that the said Edward J. Gori died on March 7, 1997; that the Plaintiff, Mildred L. Gori, and Plaintiff's decedent were husband and wife at the time of his death.

**IT IS ORDERED,** that Mildred L. Gori, Personal Representative of the Estate of Edward J. Gori, be substituted as Plaintiff herein in place of Edward J. Gori, deceased, without prejudice to any



proceedings heretofore had in this action, and that the title of the action be amended accordingly.

**IT IS HEREBY ALSO ORDERED,** that Mildred L. Gori, Plaintiff and surviving spouse of Edward J. Gori, be permitted to add her loss of consortium claim to this action without prejudice to any proceedings heretofore had in this action.

_____
JUDGE

Charles R. Weiner

DATE: March 3, 2000

G:\WPFILES\2000DOCS.BSN\DOCBSN.007

(2)